## GAMBILL v. GAMBILL

No. 310P93

Case below: 110 N.C.App. 869

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 September 1993.

## GILLIAM v. EMPLOYMENT SECURITY COMM. OF N.C.

No. 330P93

Case below: 110 N.C.App. 796

Motion by the plaintiff to dismiss appeal for lack of substantial constitutional question allowed 9 September 1993. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 September 1993.

## GOODRUM v. GREEN

No. 311P93

Case below: 109 N.C.App. 700

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 9 September 1993.

## IN RE DISMISSAL OF HUANG

No. 326A93

Case below: 110 N.C.App. 683

Petition by respondents for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as basis for dissenting opinion allowed 9 September 1993.

## MABE v. HILL

No. 303P93

Case below: 110 N.C.App. 490

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 9 September 1993.